June 23, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

WILLIAMS M. WALLS, Appellant

NO. 14-14-00260-CV            V.

HARRIS COUNTY, HARRIS COUNTY DEPARTMENT OF EDUCATION, THE PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, HARRIS COUNTY FLOOD CONTROL DISTRICT, HARRIS COUNTY HOSPITAL DISTRICT, CITYOF HOUSTON, HOUSTON INDEPENDENT SCHOOL DISTRICT AND HOUSTON COMMUNITY COLLEGE SYSTEM, AND LINEBARGER GOGGAN BLAIR & SAMPSON, LLP, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Harris County, Harris County Department of Education, the Port of Houston Authority of Harris County, Harris County Flood Control District, Harris County Hospital District, City of Houston, Houston Independent School District and Houston Community College System, and Linebarger Goggan Blair & Sampson, LLP, signed December 20, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Williams M. Walls to pay all costs incurred in this appeal.

We further order this decision certified below for observance.